# EXHIBIT 10

**REPRESENTATIVE CLAIM CHART:**
**CLIO PLUSONE AIR PULSING AROUSER AND**
**CLAIM 1 OF U.S. PATENT NO. 9,763,851 ("'851 PATENT")**

| Claim Language of the '851 Patent | Clio plusOne Air Pulsing Arouser |
|---|---|
| **1.** A stimulation device for a clitoris, comprising: | The Clio plusOne Air Pulsing Arouser is a stimulation device for a clitoris:    |

| Claim Language of the ’851 Patent | Clio plusOne Air Pulsing Arouser |
|---|---|
| | The Clio plusOne Air Pulsing Arouser website (available at: https://myplusone.com/product/plusone-air-pulsing-arouser-6710/) describes the device as a stimulation device for a clitoris:<br><br>*“The plusOne air pulsing arouser offers a unique sensation, harnessing delicate air pressure to gently, yet powerfully, stimulate the clitoris.”*<br><br>plusOne® air pulsing arouser<br>4.8 (1011) Write a review<br>$43.99<br>Want to try something a little different? The plusOne air pulsing arouser offers a unique sensation, harnessing delicate air pressure to gently, yet powerfully, stimulate the clitoris. Whether you’re a total newbie or sex toy expert, this arouser is a great pick. Made with body-safe materials and a rechargeable lithium ion battery, it provides hours of fun with just one charge. And, thanks to its waterproof exterior, it’s easy to clean — and the perfect companion for some bath time fun. |
| a pressure field generator comprising: | The Clio plusOne Air Pulsing Arouser has a pressure field generator.<br><br>The following annotated photograph of the inside of a disassembled Clio plusOne Air Pulsing Arouser shows a pressure field generator.<br><br> |

| Claim Language of the '851 Patent | Clio plusOne Air Pulsing Arouser |
|---|---|
| | The pressure field generator of the Clio plusOne Air Pulsing Arouser produces both positive and negative pressures, as shown in the below graph, in which 0 kPa represents the prevailing pressure acting on the device prior to operation (i.e., ambient pressure), which is the reference pressure. The '851 Patent explains the reference pressure is the prevailing ambient pressure acting on the device prior to placing the stimulation device on the area of the skin. See, e.g., '851 Patent, col. 4, ll. 20-25; col. 12, ll. 49-56.<br><br>The graph below shows pressures modulating between positive pressures (pressure measurements greater than 0 kPa) and negative pressures (pressure measurements less than 0 kPa) with respect to the reference pressure measured by a differential pressure sensor, i.e., a pressure sensor measuring pressure changes against the prevailing ambient pressure (not measurement of absolute pressure by an absolute pressure sensor).<br><br> |

<table>
<tr><th>Claim Language of the ’851 Patent</th><th>Clio plusOne Air Pulsing Arouser</th></tr>
<tr><td>a first chamber having a single opening;</td><td>The pressure field generator of the Clio plusOne Air Pulsing Arouser includes a first chamber having a single opening.<br><br>The following annotated photographs of a disassembled Clio plusOne Air Pulsing Arouser show the first chamber of the pressure field generator has only one opening (i.e., “a single opening”).<br><br><br><br><br><br></td></tr>
</table>

<table>
<tr><th>Claim Language of the ’851 Patent</th><th>Clio plusOne Air Pulsing Arouser</th></tr>
<tr><td>a second chamber having first and second openings, the second opening of the second chamber for placing over the clitoris; and</td><td>The pressure field generator of the Clio plusOne Air Pulsing Arouser includes a second chamber having first and second openings, the second opening of the second chamber for placing over the clitoris.<br><br>The following annotated photographs of a Clio plusOne Air Pulsing Arouser show the second chamber has three holes from the second chamber to the connection element (i.e. three “first openings”), and one second opening for placing over the clitoris.<br><br>This first image shows a view of the second chamber:<br><br><br><br><br>The label in the following image points to one of the three first openings of the second chamber:<br><br><br></td></tr>
</table>

| Claim Language of the '851 Patent | Clio plusOne Air Pulsing Arouser |
|---|---|
| | The label in the following image points to the second opening of the second chamber:   Further, as depicted on Clio's website, (available at: https://myplusone.com/product/plusone-air-pulsing-arouser-6710/), the second opening of the second chamber is for placing over the clitoris:   |

| Claim Language of the '851 Patent | Clio plusOne Air Pulsing Arouser |
|---|---|
| a connection element having a first opening and a separate second opening thereby forming a straight channel connecting the single opening of the first chamber with the first opening of the second chamber; | The pressure field generator of the Clio plusOne Air Pulsing Arouser includes a connection element having a first opening and a separate second opening thereby forming a straight channel connecting the single opening of the first chamber with the first opening of the second chamber.<br><br>The following annotated photographs of a Clio plusOne Air Pulsing Arouser shows a first chamber, a connection element, and a second chamber.<br><br><br><br><br><br> |

| Claim Language of the '851 Patent | Clio plusOne Air Pulsing Arouser |
| --- | --- |
| | The following annotated photographs further show the connection element has at least one straight channel, which has a first opening on the side facing the first chamber and a separate second opening on the side facing the second chamber. As shown, the first and second openings form the straight channel connecting the single opening of the first chamber to the first openings of the second chamber.     |

| Claim Language of the '851 Patent | Clio plusOne Air Pulsing Arouser |
|---|---|
| |       |

| Claim Language of the '851 Patent | Clio plusOne Air Pulsing Arouser |
|---|---|
| a drive unit that changes a volume of the first chamber in such a manner that a stimulating pressure field is generated in the second chamber via the connection element; and | The Clio plusOne Air Pulsing Arouser has a drive unit that changes a volume of the first chamber in such a manner that a stimulating pressure field is generated in the second chamber via the connection element.<br><br>The following annotated copy of a photograph of a disassembled Clio plusOne Air Pulsing Arouser shows the drive unit, first chamber, and second chamber. The drive unit changes the volume of the first chamber to generate a pressure field in the second chamber via the connection element.<br><br>As shown in the below images, the drive unit includes a motor and a drive shaft. The drive unit is connected to the first chamber via a linkage so that as the drive shaft rotates (indicated by the rotational arrow), the drive shaft moves the linkage to change the volume of the first chamber in such a manner that a stimulating pressure field is generated in the second chamber via the connection element.<br><br><br> |

| Claim Language of the ’851 Patent | Clio plusOne Air Pulsing Arouser |
|---|---|







The below graph shows the stimulating pressure field generated in the second chamber via the connection element (0 kPa represents the reference pressure).



<table>
<tr><th>Claim Language of the ’851 Patent</th><th>Clio plusOne Air Pulsing Arouser</th></tr>
<tr><td>a control device that actuates the drive unit; and</td><td>The Clio plusOne Air Pulsing Arouser has a control device that actuates the drive unit.<br><br>The following annotated copies of photographs of a disassembled Clio plusOne Air Pulsing Arouser show a control device that actuates the drive unit, the control device including a printed circuit board assembly with a button switch coupled thereto that actuates the drive unit (i.e., the motor) inside the device upon activation by a button on the outside of the device.<br><br><br><br><br><br></td></tr>
</table>

| Claim Language of the '851 Patent | Clio plusOne Air Pulsing Arouser |
|---|---|
| | Further, as described in the user manual and on the product packaging, the product has 5 settings corresponding to 5 levels of intensity that can be cycled through using the button on the device:<br><br><br><br> |

| Claim Language of the '851 Patent | Clio plusOne Air Pulsing Arouser |
|---|---|
| a housing enclosing the pressure field generator, the drive unit, and the control device; wherein: | The Clio plusOne Air Pulsing Arouser has a housing enclosing the pressure field generator, the drive unit, and the control device.<br><br>The following annotated copy of a photograph of a disassembled Clio plusOne Air Pulsing Arouser shows the housing that encloses the pressure field generator, the drive unit, and the control device.<br><br> |
| the pressure field generated in the second chamber consists of a pattern of negative and positive pressures modulated with respect to a reference pressure, | In the Clio plusOne Air Pulsing Arouser, the pressure field generated in the second chamber consists of a pattern of negative and positive pressures modulated with respect to a reference pressure.<br><br>The pressure field generator generates a pressure field in the second chamber of the Clio plusOne Air Pulsing Arouser with a pattern of negative and positive pressures, modulated with respect to a reference pressure, as shown in the below graph. In the graph, 0 kPa represents the prevailing pressure acting on the device prior to operation (*i.e.*, ambient pressure), which is the reference pressure. The '851 Patent explains the reference pressure is the prevailing ambient pressure acting on the device prior to placing the stimulation device on the area of the skin. *See*, *e.g.*, '851 Patent, col. 4, ll. 20-25; col. 12, ll. 49-56.<br><br>The graph below shows pressures modulating between positive pressures (pressure measurements greater than 0 kPa) and negative pressures (pressure measurements less than 0 kPa) with respect to the reference pressure measured by a differential pressure sensor, *i.e.*, a pressure sensor measuring pressure changes against the prevailing |

| Claim Language of the ’851 Patent | Clio plusOne Air Pulsing Arouser |
|---|---|
| | ambient pressure (not measurement of absolute pressure by an absolute pressure sensor).<br><br> |
| the first chamber is connected with the second chamber solely by the connection element, | The first chamber of the Clio plusOne Air Pulsing Arouser is connected with the second chamber solely by the connection element, as shown in the following annotated copy of a photograph of a Clio plusOne Air Pulsing Arouser.<br><br><br><br> |

| Claim Language of the '851 Patent | Clio plusOne Air Pulsing Arouser |
|---|---|
| |  |
| the stimulation device has no valves, | There are no valves in the Clio plusOne Air Pulsing Arouser. |
| the stimulation device is a portable hand-held device with a battery, | The Clio plusOne Air Pulsing Arouser is a portable, hand-held device with a battery.  |

| Claim Language of the '851 Patent | Clio plusOne Air Pulsing Arouser |
|---|---|
| | As shown on the product packaging, the Clio plusOne Air Pulsing Arouser includes a rechargeable battery:   The following annotated copy of a photograph of a disassembled Clio plusOne Air Pulsing Arouser shows the battery:   |

| Claim Language of the '851 Patent | Clio plusOne Air Pulsing Arouser |
|---|---|
| the connection element is rigid and the first and second openings of the connection element are aligned to one another so that a media flow during a compression of the first chamber is directed to the clitoris through the straight channel with a nozzle effect, and | The connection element of the Clio plusOne Air Pulsing Arouser is rigid and the first and second openings of the connection element are aligned to one another so that a media flow during a compression of the first chamber is directed to the clitoris through the straight channel with a nozzle effect, as shown in the following annotated copies of photographs of a Clio plusOne Air Pulsing Arouser. The dashed arrow in the images below indicates media flow directed to the clitoris with a nozzle effect.     |

| Claim Language of the '851 Patent | Clio plusOne Air Pulsing Arouser |
|---|---|
| | <br><br> |

<table>
<tr><th>Claim Language of the ’851 Patent</th><th>Clio plusOne Air Pulsing Arouser</th></tr>
<tr><td></td><td>


</td></tr>
</table>

| Claim Language of the '851 Patent | Clio plusOne Air Pulsing Arouser |
| --- | --- |
| | <br>The following image from the Clio plusOne Air Pulsing Arouser's website (available at: https://myplusone.com/product/plusone-air-pulsing-arouser-6710/) shows that the media flow during a compression of the first chamber is directed to the clitoris through the straight channel with a nozzle effect:<br><br> |

<table>
<tr><th>Claim Language of the ’851 Patent</th><th>Clio plusOne Air Pulsing Arouser</th></tr>
<tr><td>the second opening of the connection element is configured to face the clitoris through the second chamber.</td><td>The second opening of the connection element of the Clio plusOne Air Pulsing Arouser is configured to face the clitoris through the second chamber, as shown in the following annotated photographs:<br><br><br><br><br><br></td></tr>
</table>

<table>
<tr><th>Claim Language of the ’851 Patent</th><th>Clio plusOne Air Pulsing Arouser</th></tr>
<tr><td></td><td><br>The following image from the Clio plusOne Air Pulsing Arouser’s website (available at: https://myplusone.com/product/plusone-air-pulsing-arouser-6710/), shows the second opening of the connection element is configured to face the clitoris through the second chamber:<br><br></td></tr>
</table>